*Thomas B. Fenlon* for appellants.

*Gerard I. Walters* and *Durand H. Van Doren* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Claim of PAUL McCANN, Respondent, against WALSH CONSTRUCTION Co. et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 3, 1954; decided April 8, 1954.

*Victor Fiddler, Bernard Katzen, William H. Stieglitz* and *George J. Hayes* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Wendell P. Brown* and *Harry Pastor* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Claim of JOHN DOLAN, Respondent, against GEORGE H. FLINN CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted March 3, 1954; decided April 8, 1954.